```
Raffi Kassabian (SBN 260358)
Email:   rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
Synchrony Bank
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN LIZAMA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SYNCHRONY BANK, and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No.:<br><br>[Removal from Superior Court of California, County of Sacramento, Case No. 34-2019-00249934]<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>Complaint Filed: February 1, 2019 |

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Synchrony") hereby files a Notice of Removal for the above-captioned action from the Superior Court of the State of California for the County of Sacramento to United States District Court for the Eastern District of California. In support of this Notice of Removal, Synchrony states as follows:

1. Synchrony is a named defendant in a lawsuit that was filed on February 1, 2019, in the Superior Court of California for the County of Sacramento, styled *Jonathan Lizama v. Synchrony Bank*, No. 34201900249934 ("State Court Action").

2. On February 12, 2019, Plaintiff served Synchrony's registered agent with the Complaint and Summons in the State Court Action, a true and correct copy attached hereto as **Exhibit A**.

3. On March 14, 2019, Synchrony timely files this Notice of Removal within 30 days of being served with the Complaint and Summons. *See* 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a true and correct copy of all substantive records and proceedings from the state court served upon Synchrony.

5. Additionally, attached hereto as **Exhibit B,** is a true and correct copy of Answer and Affirmative Defenses in this matter filed on March 13, 2019.

6. Claims of relief alleged in the State Court Action arise under a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, *et seq*. This Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that TCPA claims plainly arise under the laws of the United States).

7. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

8. This Court is the proper district court for removal because Sacramento County Superior Court is located within the United States District Court for the Eastern District of California.

9. Synchrony, in accordance with 28 U.S.C. § 1446(d), will promptly serve a copy of this Notice on Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of Sacramento County, California.

10. There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

11. By filing this Notice of Removal, Synchrony does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

**WHEREFORE**, Defendant Synchrony Bank notices the removal of the State Court Action to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED: March 14, 2019           REED SMITH LLP

                                By   */s/ Raffi Kassabian*
                                     Raffi Kassabian
                                     Attorney for Defendant
                                     Synchrony Bank