Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA, | ) <br> ) |
| Plaintiff, | ) **Case No.:** <br> ) <br> ) **2:19-cv-00459-KJM-AC** |
| Vs. | ) <br> ) |
| SYNCHRONY BANK, and DOES 1-10, 15 inclusive, | ) **NOTICE OF SETTLEMENT** <br> ) <br> ) |
| Defendants | ) <br> ) <br> ) <br> ) |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** June 10, 2019          **Law Offices of Todd M. Friedman, P.C.**

                                                          By: s/ Adrian R. Bacon
                                                          Adrian R. Bacon, Esq.

Notice of Settlement - 1

# CERTIFICATE OF SERVICE

Filed electronically on June 10, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on June 10, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
