Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JONATHAN LIZAMA,
  Plaintiff,

Vs.

SYNCHRONY BANK, and DOES 1-10, 15 inclusive,
  Defendants

Case No.

**2:19-cv-00459-KJM-AC**

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

Respectfully submitted August 8, 2019

By: s/Adrian R. Bacon  , Esq.
Adrian R. Bacon
Attorney for Plaintiff

Stipulation to Dismiss- 1

By: s/Kassabian, Raffi
Kassabian, Raffi
Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 8, 2019

**LAW OFFICES OF TODD M. FRIEDMAN , P.C.**

By:  s/Adrian R. Bacon
**ADRIAN R. BACON  , ESQ.
Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

Filed electronically on August 8, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on August 8, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

s/Adrian R. Bacon
  Adrian R. Bacon